**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Darlene Martinez
Probation Officer: Sergio Garza
Interpreter: Susana Cahill

Date: February 26, 2013

Criminal Action No.: 12-cr-00336-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | Hayley E. Reynolds |
| v. | |
| JESUS MARTINEZ-ROMERO,<br><br>Defendant. | Robert J. Driscoll |

---

## SENTENCING MINUTES

---

**11:03 a.m. Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Interpreter sworn.

Preliminary remarks by the Court.

**ORDERED: Motion For Non-Guideline Sentence (Filed 1/15/13; Doc. No. 36) is GRANTED.**

**Change of Plea Hearing:** October 25, 2012.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDERED:** **Defendant's Oral Motion to WITHDRAW Supplement To Motion For Non-Guideline Sentence (Docket #36)[Filed 2/25/13; Doc. No. 45] is GRANTED.**

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**

**Defendant is sentenced as to Count One to a term of imprisonment of time served.**

**SUPERVISED RELEASE:**

None imposed.

(X) Defendant will be deported.

(X) Defendant shall not remain in the United States or return to the United States illegally, possess a firearm, or illegally possess controlled substances. Otherwise, he will be subject to further federal prosecution.

**FINE:**

No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:29 a.m. Court in recess.**
Hearing concluded.
Total in-court time: 26 minutes